

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRACY ANGELA CRUMP,<br><br>*Defendant*. | Case No. 1:23-CR-88<br><br>Count One: 18 U.S.C. § 111(a) (Felony Assault);<br><br>Count 2: 36 C.F.R. § 4.23(a)(1) (Driving While Under the Influence);<br><br>Count 3: 36 C.F.R. § 4.23(a)(2) (Driving While Intoxicated);<br><br>Count 4: 36 C.F.R. § 4.2, adopting Virginia Code Section 46.2-852(Reckless Driving). |

**INDICTMENT**
May 2023 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

Count One
(Felony Assault)

On or about February 10, 2023, within the Eastern District of Virginia, the defendant, TRACY ANGELA CRUMP, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government, that is, Officer-1, an officer from the United States Park Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this Section involved physical contact with the victim.

(In violation of Title 18, United States Code, Section 111(a).)

## Count Two
### (Driving While Under the Influence)

On or about February 10, 2023, on the George Washington Memorial Parkway, within the Special Maritime and Territorial Jurisdiction of the United States, and within the Eastern District of Virginia, the defendant, TRACY ANGELA CRUMP, did unlawfully operate a motor vehicle while under the influence of alcohol, drugs, and any combination thereof, to a degree that rendered her incapable of safe operation.

(In violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1).)

## Count Three
(Driving While Intoxicated)

On or about February 10, 2023, on the George Washington Memorial Parkway, within the Special Maritime and Territorial Jurisdiction of the United States, and within the Eastern District of Virginia, the defendant, TRACY ANGELA CRUMP, did unlawfully operate a motor vehicle while the alcohol concentration in her blood was 0.08 grams or more of alcohol per 100 milliliters of blood.

(In violation of Title 36, Code of Federal Regulations, Section 4.23(a)(2).)

## Count Four
### (Reckless Driving)

On or about February 10, 2023, on the George Washington Memorial Parkway, within the Special Maritime and Territorial Jurisdiction of the United States, and within the Eastern District of Virginia, the defendant, TRACY ANGELA CRUMP, did operate a motor vehicle on a highway recklessly, and in a manner so as to endanger the life, limb, or property of any person.

(In violation of Title 36, Code of Federal Regulations, Section 4.2, adopting Virginia Code Section 46.2-852.)

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

Jessica D. Aber
United States Attorney

By: *[signature]*
Emerson Gordon-Marvin
Evan Mulbry
Special Assistant United States Attorneys
April Russo
Assistant United States Attorney

4